| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Nugent, Robert E. | 2. Court or Organization District of Kansas | 3. Date of Report 04/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

104 U.S. Courthouse
401 North Market
Wichita, Kansas 67202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | National Conference of Bankrutpcy Judges |
| 2. | Member | Kansas University Alumni Association, Wichita Area Chapter Board of Directors |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/2014 | Bloomberg LP; writing--approximate value of Ipad received from Bloomberg | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/14 | Realtor Income, ▮▮▮▮▮▮▮▮ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Conf. of Bankruptcy Judges | 4/6-4/8/2014 | Kansas City, MO\ | NCBJ Midyear Meeting | travel, meals and lodging |
| 2. | --same | 7/16-19/2014 | Miami, FL | NCBJ 2015 Annual Mtg Site Visit | same |
| 3. | --same | 9/16-18/2014 | Washington DC | NCBJ Congressional Reception | same |
| 4. | --same | 10/7-11/2014 | Chicago, IL | NCBJ Annual Mtg | same |
| 5. | --same | 12/14-15/2014 | Washington DC | NCBJ neet with Chief Justice of US | same |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

| 6. | American Bankruptcy Institute | 10/16-17/2014 | Kansas City MO | Midwestern Bky Institute | same |
|---|---|---|---|---|---|
| 7. | --same | 12/4-6/2014 | La Quinta CA | Winter Leadership Conference | same |
| 8. | Kansas Bar Association | 4/4/2014 | Overland Park, Ks | KBA Spring BKY Conference | same |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. R/O IRA #1 | E | Int./Div. | N | T | | | | | |
| 2. --Prime Fund Daily Money Fund (R/O IRA) | | | | | | | | | |
| 3. --Transamerica MMA | | | | | Buy | 08/04/14 | K | | |
| 4. | | | | | Sold (part) | 11/25/14 | L | A | |
| 5. --American Realty Capital Properties (ARC) III (Y) | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. --ARC IV | | | | | Merged (with line 8) | 01/07/14 | K | | |
| 8. --ARC Properties Inc Common | | | | | Sold | 01/27/14 | K | | |
| 9. | | | | | | | | | |
| 10. --United Development Funding IV | | | | | | | | | |
| 11. --T Rowe Price US Treas Intermediate MMA | | | | | Buy (add'l) | 11/26/14 | K | | |
| 12. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 13. | | | | | Sold | 12/12/14 | L | A | |
| 14. --Hartford High Yield A | | | | | Sold (part) | 07/31/14 | K | | |
| 15. | | | | | Sold | 08/05/14 | K | A | |
| 16. --Ivy High Income Fd A | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Transamerica High Yield | | | | | Buy (add'l) | 07/31/14 | K | | |
| 19. | | | | | Sold | 08/04/14 | K | A | |
| 20. --JP Morgan Gov Bond Fd | | | | | Buy (add'l) | 11/26/14 | M | | |
| 21. | | | | | Buy (add'l) | 07/31/14 | M | | |
| 22. | | | | | Sold | 12/15/14 | M | A | |
| 23. --JP Morgan Liquid Assets MMA | | | | | Buy (add'l) | 08/04/14 | M | | |
| 24. | | | | | Sold (part) | 11/28/14 | M | A | |
| 25. --JP Morgan High Yield Bond Fd | | | | | Sold (part) | 07/31/14 | K | A | |
| 26. | | | | | Sold | 08/04/14 | M | A | |
| 27. --Halcon Res Corp | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. R/O IRA #2 | B | Int./Div. | M | T | | | | | |
| 30. --Prime Fund Daily MMA | | | | | | | | | |
| 31. --American Funds Fundamental Inv. | | | | | | | | | |
| 32. --American Funds Growth | | | | | | | | | |
| 33. --AmFunds New Perspective | | | | | | | | | |
| 34. --AmFunds Income Fund America | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. --ARC Global Trust | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. Simple IRA #1 | C | Int./Div. | K | T | | | | | |
| 39. --American Mutual Fund | | | | | Buy (add'l) | 03/11/14 | J | | |
| 40. --Fundamental Investors | | | | | Buy | 03/11/14 | J | | |
| 41. --Capital Income Builder | | | | | Buy (add'l) | 03/11/14 | J | | |
| 42. --Growth Fund America | | | | | Buy (add'l) | 03/11/14 | J | | |
| 43. | | | | | | | | | |
| 44. Emprise Bank Account | A | Interest | J | T | | | | | |
| 45. Emprise Bank MMA | A | Interest | J | T | | | | | |
| 46. Emprise Bank Passbook Account II | A | Interest | J | T | | | | | |
| 47. Citizens Bank of Kansas Dep Acct | A | Interest | | | Closed | 03/27/14 | J | A | |
| 48. Citizens Bank Saving | A | Interest | K | T | | | | | |
| 49. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | | | | | |
| 50. Vanguard MMA | A | Dividend | J | T | | | | | |
| 51. Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 53. Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 54. Emprise CD 6 (77) | A | Interest | J | T | | | | | |
| 55. Emprise CD 2--see Part VII | | | | | Redeemed | | J | A | |
| 56. Emprise Bank CD 3 (91) | A | Interest | | | Redeemed | 08/11/14 | J | A | |
| 57. Emprise Bank CD 4 (30) | A | Interest | | | Redeemed | 07/15/14 | J | A | |
| 58. Emprise Bank CD 5 (41) | A | Interest | | | Redeemed | 07/15/14 | J | A | |
| 59. CrossFirst Bank Business | A | Interest | J | T | Open | 02/21/14 | J | | |
| 60. CrossFirst Bank Business MMA | A | Interest | L | T | Open | 01/21/14 | J | | |
| 61. CrossFirst Pers Savings | A | Interest | K | T | Open | 06/30/14 | K | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7:

Line 56 Emprise CD 2 redeemed 1/6/13 and apparently not reported on 13 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544